540 A.2d 268

**Paul BECKMAN and Sarah Beckman, h/w, Appellants,**

v.

**ABINGTON TOWNSHIP.**

Supreme Court of Pennsylvania.

Argued April 12, 1988.

Decided April 26, 1988.

Clifford B. Cohn, Philadelphia, for appellants.

Paul A. Logan, King of Prussia, for appellee.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, ZAPPALA, PAPADAKOS and STOUT, JJ.

## ORDER

PER CURIAM:

Appeal dismissed as having been improvidently granted.

LARSEN, J., dissents.